ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVZANSUREN GUNDSAMBUU,<br><br>               Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security,<br><br>               Defendant. | Case No.: 3:23-cv-6083 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT MUST FILE A RESPONSE AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendant must serve the answer or otherwise respond in the above-entitled action. Defendant will file their response on or before April 5, 2024.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff have not filed a motion for summary judgment by 90 days after the Complaint was filed, or February 20, 2024, Defendant must file a motion for summary judgment by 120 days after the Complaint was served, April 4, 2024. In light of the agreed-upon extension for Defendant's response to the Complaint, the parties request that, if Plaintiff have not filed a motion for summary judgment by

Stipulation to Extend
Case No.: 3:23-cv-6083 LJC               1

April 22, 2024, Defendant must file their motion for summary judgment by June 3, 2024. In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

Dated: January 30, 2024

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: January 30, 2024

/s/ Kevin M. Crabtree
KEVIN M. CRABTREE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 1, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No.: 3:23-cv-6083 LJC                2